

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00464-CV

**IN RE** Sage **BARRERA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  July 2, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 27, 2014, relator Sage Barrera filed a pro se petition for writ of mandamus, seeking mandamus and emergency relief with respect to a judgment and order in a suit for eviction issued by Justice Sheryl Sachtleben, Justice of the Peace, Precinct Two, Guadalupe County, Texas. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate

---

[1] This proceeding arises out of Cause No. JEV2-0323, styled *Chererco, LLC v. Sage M. Barrera and Jenesy Barrera*, pending in the Justice Court, Precinct Two, Guadalupe County, Texas, the Honorable Sheryl Sachtleben presiding.

jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus and request for emergency relief are dismissed for lack of jurisdiction.

PER CURIAM